```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,              SATISFACTION OF JUDGMENT

        -against-                      Criminal Docket
                                       No. CR-09-0672

JAMES MALPESO,                         (Garaufis, J.)

                Defendant.
- - - - - - - - - - - - - - - -X
```

WHEREAS, a judgment of restitution was imposed against the defendant and in favor of the United States of America, in the amount of $148,860.00, that is, restitution in the amount of $98,760.00, plus interest, a fine in the amount of $50,000.00, plus interest, and a special assessment in the amount of $100.00, on February 2, 2011, in the above-captioned case, and thereafter entered on the docket sheet by the Clerk of the Court on March 4, 2011; and

WHEREAS, said judgment has been fully paid as to the defendant JAMES MALPESO;

2

THEREFORE, the Clerk of the Court is hereby authorized and requested to cancel, satisfy, and discharge the same solely as to the defendant JAMES MALPESO.

Dated:    Brooklyn, New York
          January 27, 2012

                                        LORETTA E. LYNCH
                                        United States Attorney
                                        Eastern District of New York
                                        271 Cadman Plaza East, 8th Fl.
                                        Brooklyn, New York 11201

                              By:   *s/ Bonni J. Perlin*
                                        BONNI J. PERLIN
                                        Assistant U.S. Attorney
                                        (718)254-6264